# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CAMPEAU, et al.

                                          13-cv-5396
                                          District Court Docket Number

       vs.

SOCIAL SECURITY ADMINISTRATION

Notice of Appeal Filed X
Court Reporter(s)/ESR Operator(s)

Filing Fee:
        Notice of Appeal___X Paid _____Not Paid _____Seaman
        Docket Fee       __X Paid _____Not Paid   _____USA/VI

CJA Appointment (Attach Copy of Order)

_____Private Attorney
_____Defender Association or Federal Public Defender
_____Motion Pending


Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

_____Motion Granted
_____Motion Denied
_____Motion pending before district judge


Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

_____Granted
_____Denied
_____Pending


                            Defendant's Address (for criminal appeals)




                          Prepared by: _____
                                      Lauren Sampson - 2/24/2014
                                      Deputy Clerk/Signature/Date


        **PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO**
          **THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS**

notapp.frm